UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JAMES WADDELL WILLIAMS,

        Petitioner,

v.                                         Case Number 2:10-CV-11459

SHERRY BURT,

        Respondent.
_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Denying Petition for Writ of Habeas Corpus and Denying a Certificate of Appealability'" dated July 31, 2012,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Sherry Burt and against Petitioner James Waddell Williams. Dated at Detroit, Michigan, this 31st day of July 2012.

                                                      DAVID J. WEAVER
                                                      CLERK OF THE COURT

                                                      S/Lisa Wagner
                                                 By: Lisa Wagner, Case Manager
                                                     to Judge Robert H. Cleland